IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN EUGENE SANDERS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CAPTAIN BEN KING, BIRMINGHAM )<br>CITY JAIL, and THE ATTORNEY )<br>GENERAL OF THE STATE OF )<br>ALABAMA, )<br>)<br>Respondents. ) | CIVIL ACTION NO. 02-C-1434-S |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice.

An appropriate order will be entered.

DONE, this 13th day of November, 2002.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE